UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: BENNETT, TERRY CRAIG, SR | § | Case No. 05-75877 |
| BENNETT, MARIA BELINDA | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 01/06/2010 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/23/2009        By:  /s/BRADLEY J. WALLER
                                     Trustee, Bradley J. Waller

BRADLEY J. WALLER
KLEIN STODDARD BUCK WALLER
2045 ABERDEEN COURT
SYCAMORE, IL 60178

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: BENNETT, TERRY CRAIG, SR | § | Case No. 05-75877 |
| BENNETT, MARIA BELINDA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 30,004.56 |
| *and approved disbursements of* | $ 22,922.55 |
| *leaving a balance on hand of* [1] | $ 7,082.01 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                          *Proposed Payment*

                            N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 3,000.46 | $ 139.50 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Case 05-75877    Doc 29    Filed 12/02/09    Entered 12/04/09 23:29:34    Desc Imaged
Certificate of Service    Page 3 of 6

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,022.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.9 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | RRCA ACCOUNT MGMT | $ 40.16 | $ 8.78 |
| 2 | SAUK VALLEY OPEN MRI | $ 1,250.00 | $ 273.41 |
| 3 | Target National Bank (f.k.a. Retailers National Ba | $ 2,458.43 | $ 537.73 |
| 4 | LEE COUNTY COUNCIL ON AGING | $ 492.87 | $ 107.80 |
| 5 | U.S. Department of Education | $ 13,781.21 | $ 3,014.33 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/BRADLEY J. WALLER
Trustee

BRADLEY J. WALLER
KLEIN STODDARD BUCK WALLER
2045 ABERDEEN COURT
SYCAMORE, IL 60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez                Page 1 of 1                   Date Rcvd: Dec 02, 2009
Case: 05-75877                Form ID: pdf006              Total Noticed: 38

The following entities were noticed by first class mail on Dec 04, 2009.
db/jdb        +Terry Craig Bennett, Sr,   Maria Belinda Bennett,   414 1st Avenue,   Dixon, IL 61021-1904,    US
aty           +Michael C Downey,   Law Office of Michael C. Downey,   420 West Second Street,
               Dixon, IL 61021-2926
tr            +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
               Sycamore, IL 60178-3140
10043922      +AMCORE BANK N.A. ROCKFORD,   1210 S. ALPINE,   ROCKFORD, IL 61108-3946
10043923      +ASSOCIATED BANK,   1305 MAIN STREET,   STEVENS POINT, WI 54481-2898
10043924       ASSOCIATEDD RECEIVABLE CONSULT,   P.O. BOX 212609,   AUGUSTA, GA 30917-2609
10043925      +ATTORNEY LOUIS FREEDMAN,   P.O. BOX 3228,   NAPERVILLE, IL 60566-3228
10043929      +DR. THOMAS KRUGER, DDS,   P.O. BOX 405,   DIXON, IL 61021-0405
10043930       ENTERPRISE-ROCKFORD-4003,   C/O ASSOCIATED RECEIVABLE CONS,   P.O. BOX 212609,
               AUGUSTA, GA 30917-2609
10043932       IL DEPT OF EMPLOYMENT SEC.,   BENEFIT REPAYMENTS,   P.O. BOX 19286,   SPRINGFIELD, IL 62794-9286
10043933       ILLINOIS DEPT. OF HUMAN SER.,   P.O. BOX 4385,   CHICAGO, IL 60680-4385
10043934      +JAMES K BENNETT,   631 MARCLARE STREET,   APT 25,   DIXON, IL 61021-1182
10043935      +KCA FINANCIAL SERVICES,   P.O. BOX 53,   GENEVA, IL 60134-0053
10043936      +KSB HOSPITAL,   403 EAST FIRST STREET,   DIXON, IL 61021-3187
10043937      +KSB MEDICAL GROUP,   215 E 1ST STREET SUITE 117,   P O BOX 737,   DIXON, IL 61021-0737
10043938      +LEE COUNTY COLLECTOR,   P.O. BOX 328,   DIXON, IL 61021-0328
10043939      +LEE COUNTY COUNCIL ON AGING,   100 WEST 2ND STREET,   DIXON, IL 61021-3031
10043927      +MARIA BELINDA BENNETT,   414 1ST AVENUE,   DIXON, IL 61021-1904
10043941      +MICHAEL C. DOWNEY,   420 WEST SECOND STREET,   DIXON, IL 61021-2926
10043942      +MUTUAL MANAGEMENT SERVICES,   401 E. STATE STREET 2ND FLOOR,   PO BOX 4777,
               ROCKFORD , IL 61110-4777
10043940      +McNICHOLS CLINIC,   1700 SOUTH GALENA,   DIXON, IL 61021-9695
10043944       PUBLISHERS CLEARING HOUSE,   P.O. BOX 26302,   LEHIGH VALLEY, PA 18002-6302
10043945      +RADIOLOGY CONSULTANTS OF RCKFD,   P.O. BOX 4777,   ROCKFORD, IL 61110-4777
10043946      +RMC,   101 WEST 2ND STREET,   P.O. BOX 787,   DIXON, IL 61021-0787
10043947      +RRCA ACCOUNT MGMT,   312 LOCUST ST.,   STERLING, IL 61081-3539
10043948       SAUK VALLEY OPEN MRI,   1622 SAUK ROAD,   DIXON, IL 61021-8777
10043949      +SAV-RX,   224 N PARK,   FREEMONT , NE 68025-4964
10043950      +STERLING ROCKFALLS CLINIC,   101 E. MILLER ROAD,   STERLING, IL 61081-1294
10043951       TARGET/ RETAILERS NATIONAL BAN,   PO BOX 59317,   MINNEAPOLIS, MN 55459-0317
10043926      +TERRY CRAIG BENNETT, SR,   414 1ST AVENUE,   DIXON, IL 61021-1904
10043952      +TRANSWORLD SYSTEMS INC.,   100 E. KIMBERLY ROAD,   DAVENPORT , IA 52806-5924
10549683      +Target National Bank (f.k.a. Retailers National Ba,   TARGET VISA,   c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
10043953       U.S. DEPARTMENT OF EDUCATION,   DIRECT LOAN SERVICING CENTER,   P.O. BOX 4169,
               GREENVILLE, TX 75403-4169
10622667      +U.S. Department of Education,   P.O. Box 13328,   Richmond,  VA 23225-0328,   23225
10043954      +VAN RU CREDIT CORP,   P.O. BOX 1027,   STOKIE, IL 60076-8027

The following entities were noticed by electronic transmission on Dec 02, 2009.
10043928      +E-mail/Text: legalcollections@comed.com                           COMED,
               SYSTEM CREDIT/BANKRUPTCY DEPT.,   2100 SWIFT DRIVE,   OAK BROOK, IL 60523-1559
10043931      +E-mail/Text: RAINACH@MSN.COM                           GALLATIN RIVER,   100 N. CHERRY STREET,
               P.O. BOX 1800,   GALESBURG, IL 61401-4587
10043943      +E-mail/Text: bankrup@nicor.com                         NICOR,   ATTN: BANKRUPTCY & COLLECTIONS,
               P.O. BOX 549,   AURORA, IL 60507-0549
                                                                                               TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          J Kevin Wolfe
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 04, 2009**          **Signature:** _Joseph Speetjens_