# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: BENNETT, TERRY CRAIG, SR | § | Case No. 05-75877 |
| BENNETT, MARIA BELINDA | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $51,664.80 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $8,442.05 | Claims Discharged Without Payment: $14,080.62 |
| Total Expenses of Administration: $14,062.51 | |

3) Total gross receipts of $ 30,004.56 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 7,500.00 (see **Exhibit 2**), yielded net receipts of $22,504.56 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 14,062.51 | 14,062.51 | 14,062.51 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 0.00 | 18,022.67 | 18,022.67 | 3,942.05 |
| TOTAL DISBURSEMENTS | $0.00 | $36,585.18 | $36,585.18 | $22,504.56 |

    4) This case was originally filed under Chapter 7 on October 08, 2005.
. The case was pending for 54 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/01/2010      By: /s/BRADLEY J. WALLER
                                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| PI CASE | 1142-000 | 30,000.00 |
| Interest Income | 1270-000 | 4.56 |
| **TOTAL GROSS RECEIPTS** | | **$30,004.56** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Terry Craig Bennett, Sr. | | 8100-002 | 7,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$7,500.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Rice Chiropractic, PC | 4210-000 | N/A | 4,500.00 | 4,500.00 | 4,500.00 |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$4,500.00** | **$4,500.00** | **$4,500.00** |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 3,000.46 | 3,000.46 | 3,000.46 |
| BRADLEY J. WALLER | 2200-000 | N/A | 139.50 | 139.50 | 139.50 |
| J. Kevin Wolfe | 3210-600 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| J. Kevin Wolfe | 3220-610 | N/A | 922.55 | 922.55 | 922.55 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 14,062.51 | 14,062.51 | 14,062.51 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RRCA ACCOUNT MGMT | 7100-000 | N/A | 40.16 | 40.16 | 8.78 |
| SAUK VALLEY OPEN MRI | 7100-000 | N/A | 1,250.00 | 1,250.00 | 273.41 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Target National Bank (f.k.a. Retailers National Ba | 7100-000 | N/A | 2,458.43 | 2,458.43 | 537.73 |
| LEE COUNTY COUNCIL ON AGING | 7100-000 | N/A | 492.87 | 492.87 | 107.80 |
| U.S. Department of Education | 7100-000 | N/A | 13,781.21 | 13,781.21 | 3,014.33 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 18,022.67 | 18,022.67 | 3,942.05 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 05-75877  
Case Name: BENNETT, TERRY CRAIG, SR  
BENNETT, MARIA BELINDA  
Period Ending: 04/01/10  

Trustee: (330501)    BRADLEY J. WALLER  
Filed (f) or Converted (c): 10/08/05 (f)  
§341(a) Meeting Date: 11/04/05  
Claims Bar Date: 03/16/06  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH ON HAND | 80.00 | 0.00 | DA | 0.00 | FA |
| 3 | CHECKING ACCOUNT-AMCORE BANK | 6.80 | 0.00 | DA | 0.00 | FA |
| 4 | CHECKING ACCOUNT-AMCORE BANK | 18.00 | 0.00 | DA | 0.00 | FA |
| 5 | HOUSEHOLD GOODS | 260.00 | 0.00 | DA | 0.00 | FA |
| 6 | FAMILY PHOTOS | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | WEARING APPAREL | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | RETIREMENT THROUGH LABORS UNION | Unknown | 0.00 | DA | 0.00 | FA |
| 9 | PI CASE | Unknown | 30,000.00 | | 30,000.00 | 0.00 |
| 10 | 1985 JEEP CHEROKEE | 50.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1991 DODGE CARAVAN | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | DOG | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 4.56 | FA |
| 13 | Assets    Totals (Excluding unknown values) | $51,664.80 | $30,000.00 | | $30,004.56 | $0.00 |

**Major Activities Affecting Case Closing:**

Personal Injury Settlement - Order entered 03/25/2009

**Initial Projected Date Of Final Report (TFR):**    August 31, 2008    **Current Projected Date Of Final Report (TFR):**    December 1, 2009 (Actual)

Printed: 04/01/2010 09:42 AM    V.11.54

<small>Case 05-75877    Doc 31    Filed 05/06/10    Entered 05/06/10 16:04:12    Desc Main Document    Page 7 of 8    Exhibit 9</small>

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-75877 | | Trustee: | BRADLEY J. WALLER (330501) |
|---|---|---|---|---|
| Case Name: | BENNETT, TERRY CRAIG, SR | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BENNETT, MARIA BELINDA | | Account: | \*\*\*-\*\*\*\*\*71-65 - Money Market Account |
| Taxpayer ID #: | 54-6833081 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/01/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/09 | {9} | Auto Owners Insurance | PI Settlement | 1142-000 | 30,000.00 | | 30,000.00 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.06 | | 30,001.06 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.30 | | 30,002.36 |
| 07/27/09 | 1001 | J. Kevin Wolfe | per court order of March 25, 2009<br>Voided on 07/27/09 | 3210-600 | | ! 10,000.00 | 20,002.36 |
| 07/27/09 | 1001 | J. Kevin Wolfe | per court order of March 25, 2009<br>Voided: check issued on 07/27/09 | 3210-600 | | ! -10,000.00 | 30,002.36 |
| 07/28/09 | | To Account #\*\*\*\*\*\*\*\*7166 | | 9999-000 | | 22,922.55 | 7,079.81 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.17 | | 7,080.98 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,081.27 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 7,081.55 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 7,081.83 |
| 11/19/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.18 | | 7,082.01 |
| 11/19/09 | | To Account #\*\*\*\*\*\*\*\*7166 | | 9999-000 | | 7,082.01 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 30,004.56 | 30,004.56 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 30,004.56 | |
| | | | **Subtotal** | | 30,004.56 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$30,004.56** | **$0.00** | |

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 04/01/2010 09:42 AM   V.11.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-75877 | | Trustee: | BRADLEY J. WALLER (330501) |
|---|---|---|---|---|
| Case Name: | BENNETT, TERRY CRAIG, SR | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BENNETT, MARIA BELINDA | | Account: | ***-*****71-66 - Checking Account |
| Taxpayer ID #: | 54-6833081 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/01/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/28/09 | | From Account #********7165 | | 9999-000 | 22,922.55 | | 22,922.55 |
| 07/28/09 | 101 | J. Kevin Wolfe | Per court order of March 25, 2009 | 3210-600 | | 10,000.00 | 12,922.55 |
| 07/28/09 | 102 | J. Kevin Wolfe | per court order of March 25, 2009 | 3220-610 | | 922.55 | 12,000.00 |
| 07/28/09 | 103 | Rice Chiropractic, PC | | 4210-000 | | 4,500.00 | 7,500.00 |
| 07/28/09 | 104 | Terry Craig Bennett, Sr. | | 8100-002 | | 7,500.00 | 0.00 |
| 11/19/09 | | From Account #********7165 | | 9999-000 | 7,082.01 | | 7,082.01 |
| 01/06/10 | 105 | BRADLEY J. WALLER | Dividend paid 100.00% on $3,000.46, Trustee Compensation; Reference: | 2100-000 | | 3,000.46 | 4,081.55 |
| 01/06/10 | 106 | BRADLEY J. WALLER | Dividend paid 100.00% on $139.50, Trustee Expenses; Reference: | 2200-000 | | 139.50 | 3,942.05 |
| 01/06/10 | 107 | RRCA ACCOUNT MGMT | Dividend paid 21.87% on $40.16; Claim# 1; Filed: $40.16; Reference: | 7100-000 | | 8.78 | 3,933.27 |
| 01/06/10 | 108 | SAUK VALLEY OPEN MRI | Dividend paid 21.87% on $1,250.00; Claim# 2; Filed: $1,250.00; Reference: | 7100-000 | | 273.41 | 3,659.86 |
| 01/06/10 | 109 | Target National Bank (f.k.a. Retailers National Ba | Dividend paid 21.87% on $2,458.43; Claim# 3; Filed: $2,458.43; Reference: | 7100-000 | | 537.73 | 3,122.13 |
| 01/06/10 | 110 | LEE COUNTY COUNCIL ON AGING | Dividend paid 21.87% on $492.87; Claim# 4; Filed: $492.87; Reference: | 7100-000 | | 107.80 | 3,014.33 |
| 01/06/10 | 111 | U.S. Department of Education | Dividend paid 21.87% on $13,781.21; Claim# 5; Filed: $13,781.21; Reference: | 7100-000 | | 3,014.33 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 30,004.56 | 30,004.56 | $0.00 |
| | Less: Bank Transfers | | 30,004.56 | 0.00 | |
| | Subtotal | | 0.00 | 30,004.56 | |
| | Less: Payments to Debtors | | | 7,500.00 | |
| | NET Receipts / Disbursements | | $0.00 | $22,504.56 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****71-65 | 30,004.56 | 0.00 | 0.00 |
| Checking # ***-*****71-66 | 0.00 | 22,504.56 | 0.00 |
| | $30,004.56 | $22,504.56 | $0.00 |

{} Asset reference(s)                                            Printed: 04/01/2010 09:42 AM    V.11.54